IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ABL & ASSOCIATES PLUMBING LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:16-cv-00918-D |
| UNITED STATES OF AMERICA, | ) ) |
| Defendants. | ) ) ) |

## ORDER GRANTING PARTIES' MOTION FOR STAY

This matter is before the Court on all Parties' Notice to Court and Motion for Stay. The Court finds good cause to grant the Motion and therefore, the foregoing motion is granted, and it is hereby ORDERED, ADJUDGED, AND DECREED that this Matter is Stayed for a period of 60 days until August 11, 2018.

Upon August 11, 2018, unless already adjudicated, parties will submit a Status Update to the Court, and that if the case continues, the court upon hearing from the parties will issue an amended Scheduling Order.

SO ORDERED. This _13_ day of June 2018.

JAMES C. DEVER III
Chief United States District Judge