IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ABL & ASSOCIATES PLUMBING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 5:16-cv-00918 |

## ORDER

This matter comes before the Court on the United States' Motion to Stay this case due to a lapse in appropriations. Upon consideration of the United States' Motion, it is hereby ORDERED that:

This case is stayed pending the restoration of appropriations; and

All deadlines in this case shall be extended by the duration of the lapse in appropriations.

Dated this __28__ day of December, 2018.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE