UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ABL & ASSOCIATES PLUMBING, LLC,   )
   )
         Plaintiff,   )
   )   **JUDGMENT IN A**
   )   **CIVIL CASE**
v.   )   **CASE NO. 5:16-cv-918-D**
   )
UNITED STATES OF AMERICA, Department   )
of the Treasury, Internal Revenue Service,   )
   )
         Defendant.   )

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 25].

**This Judgment Filed and Entered on May 21, 2019, and Copies To:**

| | |
|---|---|
| Sarah Kristin Thacker | (via CM/ECF electronic notification) |
| Todd Allen Jones | (via CM/ECF electronic notification) |
| Megan E. Hoffman-Logsdon | (via CM/ECF electronic notification) |

DATE:                      PETER A. MOORE, JR., CLERK

May 21, 2019        (By) /s/ Nicole Sellers

                        Deputy Clerk